FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 5 2012

JAMES W. McCORMACK, CLERK
By:_____ SDAws
DEP CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID SCOTT FARVER** | * | **CIVIL ACTION NO.:** 1.12 cu 26 Jmm |
| | * | |
| **Plaintiff,** | * | |
| | * | **JUDGE:** Moony |
| **versus** | * | |
| | * | |
| **FIDELITY NATIONAL PROPERTY AND** | * | **MAGISTRATE** Volpe |
| **CASUALTY INSURANCE COMPANY** | * | |
| | * | |
| **Defendant.** | * | |

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Fidelity National Property and Casualty Insurance Company ("Fidelity"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended,[1] appearing herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] and files this Notice of Removal, removing the instant lawsuit from the docket of the Circuit Court for Jackson County, State of Arkansas to the docket of this Honorable Court. In support of the instant Notice of Removal, Fidelity respectfully represents as follows:

I.

On or about February 8, 2012, Plaintiff filed a lawsuit styled "*David Scott Farver v. Fidelity National Property and Casualty Ins. Co.*," bearing civil action no. CV2012-18 in the Circuit Court for Jackson County, State of Arkansas. A copy of the Complaint filed in State

---

[1] 42 U.S.C. §4001 *et seq.*

[2] 44 C.F.R. §62.23(f).

[3] 42 U.S.C. §4071(a)(1); *Mancini v. Redland Ins. Co.,* 248 F. 3d 729, 733 (8th Cir. 2001).

Court is attached hereto as part of Exhibit A, which is a true and correct copy of all pleadings and documents in accordance with 28 U.S.C. §1446(a).

II.

For the reasons that follow, Fidelity hereby removes this case from state court to this federal court pursuant to 42 U.S.C. §4072, 44 C.F.R. Pt. 61, App. A(1), Art. IX and 28 U.S.C. §§ 1331, 1337 and 1367.

## A.   REVIEW OF THE PLAINTIFF'S PETITION

1.      At paragraph 2, Plaintiff alleged that Defendant issued policy number 03770093854305 to insure the property against flooding and attached the Flood Declarations Page as Exhibit A.

2.      At paragraph 3, Plaintiff alleged that the flood policy providing payment to Plaintiff by Defendant of the replacement cost of any property loss incurred by Plaintiff as a result of flooding.

3.      At paragraph 4, Plaintiff alleged that on May 2, 2011, a flood event occurred which damaged the property and the replacement cost of the damaged property is $38,512.58.

4.      At paragraph 5, Plaintiff alleged that he followed all proper procedures in requesting payment, but Defendant refused to pay the amount of $38,512.58.

5.      At paragraph 6 and the prayer for relief, Plaintiff seeks judgment against Defendant in the amount of $38,512.58 together with interest, 12% penalty, attorney's fees and costs.

## B.   THE FEDERAL GOVERNMENT'S RULES AND THE WYO PROGRAM CARRIER'S ROLE

6.      Congress underwrites all operations of the NFIP through the U.S. Treasury. This

includes appropriations for both the adjustment of claims and the payment of those claims. Similarly, Congress has conferred "rule-making power upon the agency created for carrying out its policy," specifically the Federal Emergency Management Agency ("FEMA").

7.      Congress delegated rulemaking authority exclusively to the Federal Government to determine the conditions of insurability and to write the flood policy. *See* 42 U.S.C. § 4013(a). Decades ago, FEMA exercised its authority under §4013(a) to adopt, by regulation, the terms and conditions of insurability, which includes the Standard Flood Insurance Policy ("SFIP"), itself, which is found at 44 C.F.R. Pt. 61, App. A.

8.      Pursuant to Congressional authorization found at 42 U.S.C. §4071(a)(1), FEMA uses "Write-Your-Own" companies like Fidelity to aid it in its statutory duty to administer the National Flood Insurance Program.  *See also*, 42 U.S.C. §4081(a)(permitting FEMA's Director to enter into arrangements with private insurance companies in order to make use of their "facilities and services"); 44 C.F.R. §62.23(a)-(d) (establishing the WYO program to permit private insurers to sell and administer Standard Flood Insurance Policies).

9.      Fidelity, as a WYO Program carrier, is authorized to issue the SFIP which is a federal regulation found at 44 C.F.R. Pt. 61, App. A(1), on behalf of the federal government pursuant to the "Arrangement" between itself and FEMA, set forth at 44 C.F.R. Pt. 62, App. A. These forms of the flood policy are incorporated into the Code of Federal Regulations at 44 C.F.R. §61.13(a).  In *Mancini v. Redland Ins. Co.,* 248 F.3d 729, 733 (8th Cir. 2001), the Eighth Circuit held that the SFIP is "more than a contract:  it is also a regulation of the Federal Emergency Management Agency, stating the conditions under which federal flood-insurance funds may be disbursed to eligible policy holders."

10.     Fidelity cannot waive, alter or amend any of the provisions of the SFIP. *See* 44 C.F.R. §61.13(d) and 44 C.F.R. Pt. 61, App. A(1), Art. VII(D)(Oct. 1, 2010 edition). *See also, Mancini,* 248 F.3d at 731 FN1.

11.     Fidelity's role, as a WYO Program carrier and as set forth in the Arrangement, is to market, sell, administer, and handle claims under SFIPs that it is authorized to issue on behalf of the federal government. It is clear that Fidelity, in its WYO capacity, is conducting all of these actions in its "fiduciary" capacity as the "fiscal agent" of the United States. 44 C.F.R. §62.23(f) and 42 U.S.C. §4071(a)(1), respectively.

12.     The Eighth Circuit has held that "payments made pursuant to the policy are 'paid out of the federal treasury.'" *Mancini,* 248 F.3d at 733. Further, the Eleventh Circuit analyzed what funds are at stake in the NFIP with regard to claims for interest and noted that "claim payments come out of FEMA's pocket regardless of how they are paid." *Newton v. Capital Assur. Co., Inc.,* 245 F.3d 1306, 1311 (11th Cir. 2001), *rehearing en banc denied,* 263 F.3d 172 (11th Cir. 2001).

13.     Effective October 1, 2004, there was a revised "Arrangement" between FEMA and all WYO Program carriers, including Fidelity. In that revised Arrangement, FEMA further clarified its regulations to make clear that, in addition to disputes arising from claims and claims handling, the policy sales and administration are performed by the WYO Program carriers (a) in their fiduciary capacity to the government, (b) utilizing federal funds, and (c) governed by extensive federal regulations.

14.     Moreover, FEMA stated its view that "any" such litigation states a federal question. Each of these points is now clearly stated within the revised Arrangement, and in the

following two paragraphs:

> Whereas, FIA has promulgated regulations and guidance implementing the Act and the Write-Your-Own Program whereby participating private insurance companies act in a fiduciary capacity utilizing federal funds to sell and administer the Standard Flood Insurance Policies, and has extensively regulated the participating companies= activities when selling or administering the Standard Flood Insurance Policies; and
>
> Whereas any litigation resulting from, related to, or arising from the Company=s compliance with the written standards, procedures, and guidance issued by FEMA or FIA arises under the Act, regulations, or FIA guidance, and legal issues thereunder raise a federal question; and . . .

44 C.F.R. Pt. 62, App. A, Article I.

> 15.    The *Arrangement* further states:
>
> G. Compliance with Agency Standard and Guidelines.
>
> 1. The Company shall comply with written standards, procedures, and guidance issued by FEMA or FIA relating to the NFIP and applicable to the Company.
>
> 2. The Company shall market flood insurance policies in a manner consistent with marketing guidelines established by FIA.

44 C.F.R. Pt. 62, App. A, Art. II(G).

16.    The NFIP, the SFIP, and the Write-Your-Own Program carriers participating in

the NFIP are all governed by federal law, not state law.  *See Nelson v. Becton*, 929 F.2d 1281,

1290-91 (8th Cir. 1991).  In *Flick,* 205 F.3d at 389, the court stated the following:

> 'The law is clear that, as contracts, [standard flood insurance policies] issued under the National Flood Insurance Program ... are governed by federal law applying standard insurance law principles.' *McHugh v. United Serv. Auto. Assoc.*, 164 F.3d at 451,454 (9th Cir. 1999);(citing *Brazil v. Giuffrida*, 763 F.2d 1072, 1074-75 (9th Cir. 1985)). There is a compelling interest in assuring uniformity of decision in cases involving the NFIP. See *Brazil*, 763 F.3d at 1075 (quoting *West v. Harris*, 573 F.2d 873, 881 (5th Cir. 1978). 'since the flood insurance program is a child of Congress, conceived to achieve policies which are national in scope, and since the federal government participates extensively in the program both in a supervisory capacity and financially, it is clear that the interest in uniformity of decision

-5-

present in this case mandates the application of federal law.' *Id.*

C.   **FEDERAL JURISDICTION**

(1)  **42 U.S.C. §4072 - Original Exclusive Jurisdiction**

17.      42 U.S.C. §4072, conveys "original exclusive" jurisdiction over claims handling matters under the SFIP.  *See Masoner v. First Community Ins. Co.,* 81 F.Supp.2d 1052, 1056 (D. Idaho. 2000).

18.      There is no concurrent jurisdiction with state court. *Siebels Bruce Inc. v. Deville Condo Ass'n,* 786 So.2d 616, 620 (Fla. Dist. App 1st Cir. 2001); *McCormick v. Travelers Ins. Co.,* 103 Cal. Rptr. 2d (Cal. App. 1st Cir. 2001).

19.      Plaintiff is aware of the requirement of filing in federal court as SFIP Article VII(R) clearly states that the insured "must file suit in the United States District Court of the district in which the covered property was located at the time of the loss." Certainly Fidelity is not suggesting that jurisdiction can be created by contract, but instead it is pointing out that Plaintiff was fully aware of the requirement of filing in federal court.  Further, because the SFIP is a codified federal regulation, Plaintiff is charged with the knowledge of this requirement. *See Federal Crop Ins. Corp. v. Merrill,* 332 U.S. 380, 384-85 (1947).

(2).      **28 U.S.C. §1331 - Federal Question Jurisdiction**

20.      Fidelity asserts that the SFIP is a codified federal regulation found in its entirety at 44 C.F.R. Pt. 61, App. A(1) and is governed exclusively by federal laws and the NFIA.  As per the terms of the SFIP, "this policy and all disputes arising from the handling of any claim under the policy are governed exclusively by the flood insurance regulations issued by FEMA, the National Flood Insurance Act of 1968, as amended (42 U.S.C. §4001, et seq.), and federal

common law." 44 C.F.R. Pt. 61, App. A(1), Article IX.  Because the flood policy must be interpreted using federal common law, federal jurisdiction exists pursuant to 28 U.S.C. §1331.

21.     Plaintiff filed this lawsuit seeking payments under the flood policy allegedly arising out of Fidelity's refusal to pay his flood loss claim.  *See* Plaintiff's Complaint.

22.     In order to determine what, if any, U.S. Treasury benefits Plaintiff may be entitled to receive, the Court will necessarily have to interpret the SFIP itself, as well as the federal laws, regulations and statutes governing the SFIP.  Federal common law governs the interpretation of the SFIP. *Nelson*, 929 F.2d at 1290.  Also, courts must "interpret the SFIP in accordance with its plain, unambiguous meaning." *Linder & Assoc., Inc. v. Aetna Cas. & Sur. Co.*, 166 F.3d 547, 550 (3rd Cir. 1999).  As the SFIP is a federal law, necessarily the interpretation of the SFIP (and the federal laws governing the operation of the NFIP) to determine the coverage provided thereunder and any amounts due under the SFIP would require the interpretation of a federal law which presents a federal question. Thus, there is federal question jurisdiction under 28 U.S.C. §1331, and the case is therefore also removable pursuant to 28 U.S.C. §§1441(a), (b) and (c).

23.     Pursuant to 28 U.S.C. '1331, and by operation of 28 U.S.C. '1441(a), (b) and (c), Fidelity asserts that there are multiple federal questions presented within Plaintiff's Complaint, thereby making the action removable pursuant to 28 U.S.C. '1331.

**(3).     Federal Jurisdiction Under 28 U.S.C. §1337**

24.     Removal of this case is also proper under 28 U.S.C. '1337, which provides that the district court shall have original jurisdiction of any civil action or proceeding arising under any act of Congress regulating commerce. Just like '1442, '1337 is not subject to the well-pleaded-complaint rule. Under '1337, removal is proper where the facts alleged in the

plaintiff=s petition bring into play an act of Congress that regulates commerce, regardless of whether any reference to the said act appears in the plaintiff=s pleading. *Uncle Ben=s International Division of Uncle Ben=s Inc. v. Hapag-Lloyd Aktiengesellschaft*, 855 F.2d 215, 216-17 (5th Cir. 1988); *Crispin Co., v. Lykes Bros. Steamship Co.*, 134 F.Supp.704, 706 (S.D.Tex. 1955); and *Commonwealth of Puerto Rico v. Sea-Land Service Inc.*, 349 F.Supp.964, 973-74 (D.P.R. 1970).

25.     Clearly, under the National Flood Insurance Act, 42 U.S.C. '4001, *et seq.*, Congress is regulating commerce by promulgating the complex and comprehensive statutory scheme that is commonly described as the National Flood Insurance Act. As recognized in *C.E.R. 1988, Inc. v. Aetna Casualty and Surety Co.*, 386 F.3d 263 (3rd Cir. 2004):

> FN3. The insurance industry in the United States operates in interstate commerce.
> States may regulate the insurance industry only to the extent Congress permits.
> U.S. Const. art. I, ' 8, cl. 3. The McCarren-Ferguson Act, 15 U.S.C. ' 1011, *et seq.*, grants states this power except where Congress enacts legislation that
> Aspecifically relates to the business of insurance.@ 15 U.S.C. '1012 (b). In
> *Barnett Bank of Marion County v. Nelson*, 517 U.S. 25, 116 S.Ct 1103, 134
> L.Ed.2d 237  (1996), the Supreme Court held that the exception for acts relating
> to the business of insurance should be construed broadly, noting that A[t]he word
> >relates= is highly general.@ *Id*. at 38, 116 S.Ct. 1103. Without doubt the NFIA is
> congressionally-enacted legislation relating to the business of insurance.

*Id*. at FN 3.

26.     Beyond the general proposition that the National Flood Insurance Act regulates commerce, it is also clear that in a more particularized sense, the Act expressly regulates both the subjects of claims and claims handling, as well as "the conditions of insurability." *See, e.g.*, 42 U.S.C. ' '4013 and 4019. Plainly, federal laws affecting commerce are involved in the facts put at issue in Plaintiff's Complaint, and thus removal is proper pursuant to 28 U.S.C. '1337.

**D.     THERE IS SUPPLEMENTAL JURISDICTION OVER ANY STATE LAW CLAIMS**

-8-

27.     To the extent that any of the claims of Plaintiff are not subject to federal jurisdiction, this Court has jurisdiction over all such claims under 28 U.S.C. '1367, which provides that "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. '1367. *See Exxon Mobile Corp. v. Allapattah Services, Inc.*, 125 S.Ct. 2611, 2620 (2005).

28.     All of the claims put at issue in Plaintiff's Complaint arise from the property damage that was allegedly sustained as a result of the flood event of May 2, 2011 and Plaintiff's effort to obtain flood insurance benefits as a result of that loss.  As such, all of Plaintiff's legal claims arise from the same nucleus of operative fact, that being the underlying SFIP claim, and all of the insurance issues arising therefrom.  Traditionally, federal courts have exercised supplemental jurisdiction over all such claims in cases of this type. *See, e.g., Jamal v. Travelers Lloyds of Texas Ins. Co.*, 97 F.Supp.2d 800, 805 (S.D.Tx. 2000).

**F.     ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET**

29.     This removal, which was filed on March 5th, 2012, is timely filed as service upon Fidelity was made on February 13, 2012.  This Notice of Removal is "filed within the thirty days after receipt by the defendant," as required by 28 U.S.C. §1446(b), and it is therefore timely.  The thirty day period to remove does not commence running until the defendant is <u>actually</u> served, hence this removal is timely.  Pursuant to 28 U.S.C. §1446(a), attached hereto as Exhibit A is a copy of all processes, pleadings, and orders in the state court record to date.  A Notice of Removal is being contemporaneously filed with this Removal into the record of the Circuit Court for Jackson County, State of Arkansas, from which this matter is being removed.

30.    Venue is proper in this district pursuant to 28 U.S.C. §1391(b); 42 U.S.C. §4072;

and Article VII(R) of the SFIP itself which states that "you must file suit in the United States

District Court of the district in which the insured property was located at the time of loss." *See*

44 C.F.R. Pt.61, App. A(1), Art. VII(R).   The insured property at issue is located in Newport,

Arkansas thereby making the Eastern District of Arkansas, Northern Division, the correct venue

in this matter.

## CONCLUSION

WHEREFORE, Defendant, Fidelity National Property and Casualty Insurance Company,

prays that this Notice of Removal will be deemed good and sufficient, and that, after all due

proceedings are had, this matter will be dismissed with prejudice and at the Plaintiff's cost.


Respectfully submitted,

MUNSON, ROWLETT, MOORE & BOONE, P.A.
400 W. Capitol, Suite 1900
Little Rock, AR  72201
(501) 374-6535
(501) 374-5906 Fax
john.moore@mrmblaw.com

JOHN E. MOORE          BAR # 82111

## CERTIFICATE OF SERVICE

I do hereby certify that I have provided a true and correct copy of the
above and foregoing to the following:
Timothy F. Watson, Sr.
Watson & Watson
209 Walnut Street
Newport, AR 72112

-10-

this _5th_ day of March, 2012.

_____
JOHN E. MOORE

## IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS
## CIVIL DIVISION

## SUMMONS

DAVID SCOTT FARVER                                                                    **PLAINTIFF**

VS.                                          NO. CV.2012.18

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY                                                            **DEFENDANT**

Plaintiff's Attorneys:       Timothy F. Watson, Sr., Watson & Watson
                             209 Walnut Street, Newport, Arkansas 72112

THE STATE OF ARKANSAS TO DEFENDANT: **The Corporation Company, as agent for service of process for**
**Fidelity National Property and Casualty Company, 124 W. Capitol Avenue, Ste. 1900, Little Rock, AR 72201**

### NOTICE

    1.      You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the
attached Complaint.

    2.      The attached Complaint will be considered admitted by you and a judgment may be entered against
you for the relief asked in the Complaint unless you file a pleading and thereafter appear and present your defense. Your
pleading or answer must meet the following requirements:

        (a)      It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

        (b)      It must be filed in the Court Clerk's Office within __30__ days from the day you were served with this
                summons.

    3.      If you desire to be represented by an attorney, you should immediately contact your attorney so that
an answer can be filed for you within the time allowed.

    4.      Additional Notices:

    Witness my hand and the seal of the court the __8__ day of February, 2012.

                          Lisa Turner, Circuit Clerk
                          208 Main Street
                          Newport , Arkansas 72112

                          By: Dana Harris, D.C.

### RETURN

STATE OF ARKANSAS,  COUNTY OF JACKSON:

On this _____ day of _____, 2012 at _____ o'clock __.M. I have duly served the within summons
by delivering a copy thereof, together with a copy of the complaint, to_____ such person
being:

CHECK APPLICABLE SQUARE:

☐      the person named therein as defendant.

☐      a member of the defendant's family above 15 years of age at defendant's usual place of abode, namely

      _____

☐      the duly designated agent for service of process for the defendant, namely: _____

      _____.

FEES:
Service $ _____
Mileage$_____                     By:_____
Return $ _____
Total  $ _____



FILED
LISA TURNER
CIRCUIT CLERK
JACKSON COUNTY, AR.

2012 FEB -8  PM 12: 49

BOOK_____

RECORDED IN_____

PAGE_____

## IN THE CIRCUIT COURT OF JACKSON COUNTY, ARKANSAS
## CIVIL DIVISION

DAVID SCOTT FARVER                                      **PLAINTIFF**

VS.                          NO. CV 2012-18

FIDELITY NATIONAL PROPERTY AND
CASUALTY INS CO.                                        **DEFENDANT**

### COMPLAINT

COMES David Scott Farver, by his attorneys, Watson & Watson, and for his cause

of action against the Defendant, Fidelity National Property and Casualty Ins Company, states:

1.      That the Plaintiff is an individual and resident of Jackson County, Arkansas;

that the Defendant is an insurance company doing business in the state of Arkansas.

2.      That the Defendant issued its policy #03770093854305 with inception date of

January 26, 2006 to Plaintiff whereby the Defendant undertook to insure property owned by

the Plaintiff as described in the Flood Declarations Page of said policy, against flooding; a

copy of said Flood Declarations Page is attached hereto as Exhibit "A" and made a part

hereof as though set out herein word for word, the original being held subject to the

inspection of the Court and parties in interest.

3.      That said policy provided for payment to Plaintiff by Defendant of the

replacement cost of any property loss incurred by Plaintiff as the result of flooding.

4.     That on the 2nd day of May, 2011 a flood event occurred which damaged the insured property; that the replacement cost of the damaged property is $38,512.58, as shown by the estimate of cost attached hereto as Exhibit "B" and made a part hereof as though set out herein word for word, the original being held subject to the inspection of the Court and parties in interest.

5.     That Plaintiff followed all proper procedures in requesting payment for said loss from the Defendant, but the Defendant has refused to pay any amount of same, and is indebted to the Plaintiff in the sum of $38,512.58.

6.     That the Plaintiff should have judgment against the Defendant in said sum, together with interest as provided by law and a 12% penalty as provided by ACA 23-79-208, an attorney's fee to be set by the Court, and his costs.

**WHEREFORE,** Plaintiff, David Scott Farver, prays judgment of and from the Defendant, Fidelity National Property and Casualty Ins. Co., in the sum of $38,512.58, together with interest thereon as provided by law, together with 12% penalty as provided by ACA 23-79-208, together with an attorney's fee to be set by the Court, for his costs, and all other proper relief to which it may be entitled.

DAVID SCOTT FARVER, PLAINTIFF

By: _____
     TIMOTHY F. WATSON, SR.
     WATSON & WATSON
     HIS ATTORNEYS
     209 WALNUT STREET
     NEWPORT, AR 72112
     (870) 523-8420



# FIDELITY
NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY

Fidelity National Property and Casualty Ins. Co.
P.O. Box 33003
St. Petersburg, FL 33733-8003
1-800-820-3242

**EFFECTIVE: 3/30/11**

**FLOOD DECLARATIONS PAGE**

811 15 0005 0311
1523809
5/05/11

2000 00000 FLD  RGLR
Policy Type

| | | Date of Issue | 5/05/11 | Dwelling Form |
|---|---|---|---|---|
| 03  7700938543  05 | 03  7700938543  04 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| From: 3/30/11  To: 3/30/12 | 12:01 am Standard Time | 1 | yr(s) | 1/26/06 | 12:01am | 08480-06938-000 | (870) 523-6514 |

Agent (870) 523-6514
JOHN M CLARK
PO BOX 648
NEWPORT AR 72112-0648

DAVID SCOTT FARVER
2102 GALERIA DR
NEWPORT AR 72112-4951

Insured Location (if other than above)          Address may have been changed in accordance with USPS standards.

2102 GALERIA DR, NEWPORT AR 72112-4951

| | | Community Name: | NEWPORT, CITY OF | |
|---|---|---|---|---|
| Grandfathered: | No | Community #: | 050103 | |
| Building Description: | Single Family | Map Panel/Suffix: | 0004 C | Condo Type:  N/A |
| # of Floors: | One Floor | Community Rating: | 10 / 00% | Adjacent Grade: 224.5 |
| Basement/Enclosure: | None | Program Status: | Regular | Elevation Diff: 2 |
| | | Rating Flood Zone: | AE | |

Location Description:
Contents Location:  Lowest Floor Only Above Ground Level

| | | | |
|---|---|---|---|
| BUILDING | $98,000 | $1,000 | $282.00 |
| CONTENTS | $44,100 | $1,000 | $118.00 |
| | | PROBATION SURCHARGE: | $.00 |
| | | ANNUAL SUBTOTAL: | $400.00 |
| | | DEDUCTIBLE CREDIT: | $.00 |
| | | ICC PREMIUM: | $5.00 |
| | | COMMUNITY DISCOUNT: | $.00 |
| | | FEDERAL POLICY SERVICE FEE: | $40.00 |
| | | PRIOR PREMIUM: | $445.00 |
| | | PREMIUM ADJUSTMENT: | $.00 |
| | | TOTAL PREMIUM: | $445.00 |

**DEAR MORTGAGEE**
The Reform Act of 1994 requires you to notify the WYO company for this policy within 60 days of any changes in the servicer of this loan.

The above message applies only when there is a mortgagee on the insured location.

Premium Paid by:   First Mortgagee

This policy covers only one building. If you have more than one building on your property, please make sure they are all covered. See III. Property Covered within your Flood policy for the NFIP definition of "building" or contact your agent, broker, or insurance company. Coverage Limitations may apply. Please refer to your Flood Insurance Policy for details.

BFLD99.100 0503 0503     FFL 99.310 0709 0707     BFL 99.116 1005 1005
This policy is issued by
Fidelity National Property and Casualty

Copy Sent To: As indicated on back or additional pages, if any.

06050220377009385431112501          0000A

*Exhibit "A"*



Insured

# Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793

| | |
|---|---|
| Client: | David Farver |
| Home: | 2102 Galeria Drive |
| | Newport, AR 72112 |
| Operator Info: | |
| Operator: | MONICA |
| Estimator: | Eric Lehman |
| Type of Estimate: | Water Damage |
| Dates: | |
| Date Entered: | 05/17/2011 |
| Price List: | ARJO4B_FEB11 |
| | Restoration/Service/Remodel |
| Estimate: | FARVER |
| File Number: | 12306 |

*Exhibit "B"*

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

### FARVER

| Room: Master Bedroom | | | | LxWxH 13'6" x 12'0" x 8'0" |
|---|---|---|---|---|



| | | | | |
|---|---|---|---|---|
| 408.00 SF Walls | | | 162.00 SF Ceiling | |
| 570.00 SF Walls & Ceiling | | | 162.00 SF Floor | |
| 18.00 SY Flooring | | | 51.00 LF Floor Perimeter | |
| 108.00 SF Long Wall | | | 96.00 SF Short Wall | |
| 51.00 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 102.00 SF | 0.19 | 0.66 | 86.70 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 204.00 SF | 0.22 | 1.20 | 289.68 |
| Mask and prep for paint | 51.00 LF | 0.00 | 0.83 | 42.33 |
| Paint the walls | 408.00 SF | 0.00 | 0.63 | 257.04 |
| R&R Window sill | 6.00 LF | 0.36 | 2.04 | 14.40 |
| Seal & paint window sill | 6.00 LF | 0.00 | 1.55 | 9.30 |
| R&R Drywall replacement per LF - up to 2' tall - windows | 16.00 LF | 1.17 | 4.75 | 94.72 |
| R&R Interior door unit | 1.00 EA | 9.76 | 127.26 | 137.02 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 17.34 | 17.34 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 19.02 | 38.04 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 19.10 | 38.20 |
| R&R Baseboard - 4 1/4" | 51.00 LF | 0.23 | 2.95 | 162.18 |
| Paint baseboard - one coat | 51.00 LF | 0.00 | 0.59 | 30.09 |
| Remove Carpet | 162.00 SF | 0.15 | 0.00 | 24.30 |
| Carpet | 186.30 SF | 0.00 | 2.71 | 504.87 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 162.00 SF | 0.07 | 0.59 | 106.92 |

| Room Totals: Master Bedroom | | | | 1,853.13 |
|---|---|---|---|---|

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793



**Room: Master Closet**                                  LxWxH 6'0" x 5'0" x 8'0"

| | |
|---|---|
| 176.00 SF Walls | 30.00 SF Ceiling |
| 206.00 SF Walls & Ceiling | 30.00 SF Floor |
| 3.33 SY Flooring | 22.00 LF Floor Perimeter |
| 48.00 SF Long Wall | 40.00 SF Short Wall |
| 22.00 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 20.00 SF | 0.19 | 0.66 | 17.00 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 88.60 SF | 0.22 | 1.20 | 124.96 |
| Mask and prep for paint | 22.00 LF | 0.00 | 0.83 | 18.26 |
| Paint the walls | 176.00 SF | 0.00 | 0.63 | 110.88 |
| R&R Interior door unit | 1.00 EA | 9.76 | 127.26 | 137.02 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 17.34 | 17.34 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 19.02 | 38.04 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 19.10 | 38.20 |
| Seal & paint wood shelving, 12"- 24" width | 6.00 LF | 0.00 | 2.18 | 13.08 |
| R&R Baseboard - 4 1/4" | 22.00 LF | 0.23 | 2.95 | 69.96 |
| Paint baseboard - two coats | 22.00 LF | 0.00 | 0.87 | 19.14 |
| Remove Carpet | 30.00 SF | 0.15 | 0.00 | 4.50 |
| Carpet | 34.50 SF | 0.00 | 2.71 | 93.50 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 30.00 SF | 0.07 | 0.59 | 19.80 |

Room Totals: Master Closet                                                721.68



**Room: Master Bath**                                   LxWxH 8'0" x 5'0" x 8'0"

| | |
|---|---|
| 208.00 SF Walls | 40.00 SF Ceiling |
| 248.00 SF Walls & Ceiling | 40.00 SF Floor |
| 4.44 SY Flooring | 26.00 LF Floor Perimeter |
| 64.00 SF Long Wall | 40.00 SF Short Wall |
| 26.00 LF Ceil. Perimeter | |

FARVER                                        06/14/2011  Page: 3

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 20.00 SF | 0.19 | 0.66 | 17.00 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 104.00 SF | 0.22 | 1.20 | 147.68 |
| Mask and prep for paint | 26.00 LF | 0.00 | 0.83 | 21.58 |
| Paint the walls | 208.00 SF | 0.00 | 0.63 | 131.04 |
| R&R Vanity | 3.00 LF | 3.90 | 121.43 | 375.99 |
| Countertop - post formed plastic laminate - Detach & reset | 3.00 LF | 0.00 | 11.17 | 33.51 |
| Sink faucet - Detach & reset | 1.00 EA | 0.00 | 80.34 | 80.34 |
| Mirror - plate glass - Detach & reset | 9.00 SF | 0.00 | 4.67 | 42.03 |
| R&R Interior door unit | 1.00 EA | 9.76 | 127.26 | 137.02 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 17.34 | 17.34 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 19.02 | 38.04 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 19.10 | 38.20 |
| Towel bar - Detach & reset | 1.00 EA | 0.00 | 12.78 | 12.78 |
| Toilet - Detach & reset | 1.00 EA | 0.00 | 163.23 | 163.23 |
| R&R Baseboard - 4 1/4" | 26.00 LF | 0.23 | 2.95 | 82.68 |
| Paint baseboard - two coats | 26.00 LF | 0.00 | 0.87 | 22.62 |
| R&R Quarter round - 3/4" | 26.00 LF | 0.08 | 1.19 | 33.02 |
| Seal & paint base shoe or quarter round | 26.00 LF | 0.00 | 0.49 | 12.74 |
| Floor preparation for sheet goods | 40.00 SF | 0.00 | 0.40 | 16.00 |
| Remove Vinyl floor covering (sheet goods) | 40.00 SF | 0.48 | 0.00 | 19.20 |
| Vinyl floor covering (sheet goods) | 46.00 SF | 0.00 | 2.74 | 126.04 |

15 % waste added for Vinyl floor covering (sheet goods).

Room Totals:  Master Bath                                                 1,568.08



| Room: Bedroom 2 | | LxWxH 12'0" x 10'6" x 8'0" | |
|---|---|---|---|
| 335.33 SF Walls | | 126.00 SF Ceiling | |
| 461.33 SF Walls & Ceiling | | 126.00 SF Floor | |
| 14.00 SY Flooring | | 41.92 LF Floor Perimeter | |
| 96.00 SF Long Wall | | 84.00 SF Short Wall | |
| 41.92 LF Ceil. Perimeter | | | |

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793

| Subroom 1: | Offset 1 | | | LxWxH 5'0" x 3'1" x 8'0" |

| | | | |
|---|---|---|---|
| 104.67 SF Walls | | 15.42 SF Ceiling | |
| 120.08 SF Walls & Ceiling | | 15.42 SF Floor | |
| 1.71 SY Flooring | | 13.08 LF Floor Perimeter | |
| 40.00 SF Long Wall | | 24.67 SF Short Wall | |
| 13.08 LF Ceil. Perimeter | | | |

| Missing Wall: | 1 - | 3'1" X 8'0" | | Opens into  0 | | Goes to Floor/Ceiling | |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 110.00 SF | 0.19 | 0.66 | 93.50 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 220.00 SF | 0.22 | 1.20 | 312.40 |
| Mask and prep for paint | 55.00 LF | 0.00 | 0.83 | 45.65 |
| Paint the walls | 440.00 SF | 0.00 | 0.63 | 277.20 |
| R&R Window sill | 3.00 LF | 0.36 | 2.04 | 7.20 |
| Seal & paint window sill | 3.00 LF | 0.00 | 1.55 | 4.65 |
| R&R Drywall replacement per LF - up to 2' tall - windows | 8.00 LF | 1.17 | 4.75 | 47.36 |
| R&R Interior door unit | 1.00 EA | 9.76 | 127.26 | 137.02 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 17.34 | 17.34 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 19.02 | 38.04 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 19.10 | 38.20 |
| R&R Baseboard - 4 1/4" | 55.00 LF | 0.23 | 2.95 | 174.90 |
| Paint baseboard - two coats | 55.00 LF | 0.00 | 0.87 | 47.85 |
| Remove Carpet | 141.42 SF | 0.15 | 0.00 | 21.21 |
| Carpet | 162.63 SF | 0.00 | 2.71 | 440.73 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 141.42 SF | 0.07 | 0.59 | 93.34 |

| Room Totals: Bedroom 2 | | | | 1,796.59 |
|---|---|---|---|---|

**Elam Enterprises, Inc.**

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793



| Room: Bedroom #2 Closet | | | LxWxH 4'8" x 2'0" x 8'0" |
|---|---|---|---|
| 106.67 SF Walls | | 9.33 SF Ceiling | |
| 116.00 SF Walls & Ceiling | | 9.33 SF Floor | |
| 1.04 SY Flooring | | 13.33 LF Floor Perimeter | |
| 37.33 SF Long Wall | | 16.00 SF Short Wall | |
| 13.33 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 53.33 SF | 0.22 | 1.20 | 75.73 |
| Mask and prep for paint | 13.33 LF | 0.00 | 0.83 | 11.06 |
| Paint the walls | 106.67 SF | 0.00 | 0.63 | 67.20 |
| R&R Bifold door set - Colonist - Double | 1.00 EA | 7.80 | 183.26 | 191.06 |
| R&R Bifold door track & hardware | 1.00 EA | 5.58 | 43.79 | 49.37 |
| Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 0.00 | 30.83 | 61.66 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 22.47 | 44.94 |
| Seal & paint wood shelving, 12"- 24" width | 4.67 LF | 0.00 | 2.18 | 10.18 |
| R&R Baseboard - 4 1/4" | 13.33 LF | 0.23 | 2.95 | 42.39 |
| Paint baseboard - two coats | 13.33 LF | 0.00 | 0.87 | 11.60 |
| Remove Carpet | 9.33 SF | 0.15 | 0.00 | 1.40 |
| Carpet | 10.73 SF | 0.00 | 2.71 | 29.08 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 9.33 SF | 0.07 | 0.59 | 6.15 |

Room Totals: Bedroom #2 Closet                             601.82



| Room: Bedroom 3 | | | LxWxH 11'10" x 10'0" x 8'0" |
|---|---|---|---|
| 349.33 SF Walls | | 118.33 SF Ceiling | |
| 467.67 SF Walls & Ceiling | | 118.33 SF Floor | |
| 13.15 SY Flooring | | 43.67 LF Floor Perimeter | |
| 94.67 SF Long Wall | | 80.00 SF Short Wall | |
| 43.67 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

FARVER

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793

**CONTINUED - Bedroom 3**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 47.32 SF | 0.19 | 0.66 | 40.22 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 174.67 SF | 0.22 | 1.20 | 248.03 |
| Mask and prep for paint | 43.67 LF | 0.00 | 0.83 | 36.25 |
| Paint the walls | 349.33 SF | 0.00 | 0.63 | 220.08 |
| R&R Window sill | 3.00 LF | 0.36 | 2.04 | 7.20 |
| Seal & paint window sill | 3.00 LF | 0.00 | 1.55 | 4.65 |
| R&R Drywall replacement per LF - up to 2' tall - windows | 8.00 LF | 1.17 | 4.75 | 47.36 |
| R&R Interior door unit | 1.00 EA | 9.76 | 127.26 | 137.02 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 17.34 | 17.34 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 19.02 | 38.04 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 19.10 | 38.20 |
| R&R Baseboard - 4 1/4" | 43.67 LF | 0.23 | 2.95 | 138.87 |
| Paint baseboard - two coats | 43.67 LF | 0.00 | 0.87 | 37.99 |
| Remove Carpet | 118.33 SF | 0.15 | 0.00 | 17.75 |
| Carpet | 136.08 SF | 0.00 | 2.71 | 368.78 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 118.33 SF | 0.07 | 0.59 | 78.09 |

Room Totals:  Bedroom 3                                       1,475.87



| Room:  Bedroom #3 Closet | LxWxH 4'8" x 2'0" x 8'0" |
|---|---|
| 106.67 SF Walls | 9.33 SF Ceiling |
| 116.00 SF Walls & Ceiling | 9.33 SF Floor |
| 1.04 SY Flooring | 13.33 LF Floor Perimeter |
| 37.33 SF Long Wall | 16.00 SF Short Wall |
| 13.33 LF Ceil. Perimeter | |

FARVER

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 8.00 SF | 0.19 | 0.66 | 6.80 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 53.33 SF | 0.22 | 1.20 | 75.73 |
| Mask and prep for paint | 13.33 LF | 0.00 | 0.83 | 11.06 |
| Paint the walls | 106.67 SF | 0.00 | 0.63 | 67.20 |
| R&R Bifold door set - Colonist - Double | 1.00 EA | 7.80 | 183.26 | 191.06 |
| R&R Bifold door track & hardware | 1.00 EA | 5.58 | 43.79 | 49.37 |
| Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 0.00 | 30.83 | 61.66 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 22.47 | 44.94 |
| R&R Baseboard - 4 1/4" | 13.33 LF | 0.23 | 2.95 | 42.39 |
| Paint baseboard - two coats | 13.33 LF | 0.00 | 0.87 | 11.60 |
| Remove Carpet | 9.33 SF | 0.15 | 0.00 | 1.40 |
| Carpet | 10.73 SF | 0.00 | 2.71 | 29.08 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 9.33 SF | 0.07 | 0.59 | 6.15 |

Room Totals: Bedroom #3 Closet                                                                 598.44



| Room: Hall Closet | | | LxWxH 5'0" x 1'6" x 8'0" |
|---|---|---|---|
| 104.00 SF Walls | | 7.50 SF Ceiling | |
| 111.50 SF Walls & Ceiling | | 7.50 SF Floor | |
| 0.83 SY Flooring | | 13.00 LF Floor Perimeter | |
| 40.00 SF Long Wall | | 12.00 SF Short Wall | |
| 13.00 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 52.00 SF | 0.22 | 1.20 | 73.84 |
| Mask and prep for paint | 13.00 LF | 0.00 | 0.83 | 10.79 |
| Paint the walls | 104.00 SF | 0.00 | 0.63 | 65.52 |
| R&R Bifold door set - Colonist - Double | 1.00 EA | 7.80 | 183.26 | 191.06 |
| R&R Bifold door track & hardware | 1.00 EA | 5.58 | 43.79 | 49.37 |
| Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 0.00 | 30.83 | 61.66 |

FARVER                                                                        06/14/2011  Page: 8

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793

### CONTINUED - Hall Closet

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 22.47 | 44.94 |
| Shelving - wire (vinyl coated) - Detach & reset | 10.00 LF | 0.00 | 5.56 | 55.60 |
| R&R Baseboard - 4 1/4" | 13.00 LF | 0.23 | 2.95 | 41.34 |
| Paint baseboard - two coats | 13.00 LF | 0.00 | 0.87 | 11.31 |
| Remove Carpet | 7.50 SF | 0.15 | 0.00 | 1.13 |
| Carpet | 8.63 SF | 0.00 | 2.71 | 23.39 |
| 15 % waste added for Carpet. | | | | |
| R&R Carpet pad | 7.50 SF | 0.07 | 0.59 | 4.96 |

Room Totals:  Hall Closet                                                          634.91

| Room:  Bathroom | | LxWxH 10'0" x 5'0" x 8'0" |
|---|---|---|



| | | |
|---|---|---|
| 240.00 SF Walls | | 50.00 SF Ceiling |
| 290.00 SF Walls & Ceiling | | 50.00 SF Floor |
| 5.56 SY Flooring | | 30.00 LF Floor Perimeter |
| 80.00 SF Long Wall | | 40.00 SF Short Wall |
| 30.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 20.00 SF | 0.19 | 0.66 | 17.00 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 120.00 SF | 0.22 | 1.20 | 170.40 |
| Mask and prep for paint | 30.00 LF | 0.00 | 0.83 | 24.90 |
| Paint the walls | 240.00 SF | 0.00 | 0.63 | 151.20 |
| R&R Vanity | 4.00 LF | 3.90 | 121.43 | 501.32 |
| Countertop - solid surface/granite - Detach & reset | 4.00 SF | 0.00 | 14.89 | 59.56 |
| Sink faucet - Detach & reset | 1.00 EA | 0.00 | 80.34 | 80.34 |

FARVER                                                          06/14/2011  Page: 9

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

### CONTINUED - Bathroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Mirror - plate glass - Detach & reset | 16.00 SF | 0.00 | 4.67 | 74.72 |
| R&R Interior door unit | 1.00 EA | 9.76 | 127.26 | 137.02 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 17.34 | 17.34 |
| Paint door slab only - 2 coats (per side) | 2.00 EA | 0.00 | 19.02 | 38.04 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 19.10 | 38.20 |
| Toilet - Detach & reset | 1.00 EA | 0.00 | 163.23 | 163.23 |
| R&R Baseboard - 4 1/4" | 30.00 LF | 0.23 | 2.95 | 95.40 |
| Paint baseboard - two coats | 30.00 LF | 0.00 | 0.87 | 26.10 |
| R&R Quarter round - 3/4" | 30.00 LF | 0.08 | 1.19 | 38.10 |
| Seal & paint base shoe or quarter round | 30.00 LF | 0.00 | 0.49 | 14.70 |
| Floor preparation for sheet goods | 50.00 SF | 0.00 | 0.40 | 20.00 |
| Remove Vinyl floor covering (sheet goods) | 50.00 SF | 0.48 | 0.00 | 24.00 |
| Vinyl floor covering (sheet goods) | 57.50 SF | 0.00 | 2.74 | 157.55 |

15 % waste added for Vinyl floor covering (sheet goods).

Room Totals: Bathroom                                                           1,849.12



| Room: Hallway | | LxWxH 12'6" x 3'6" x 8'0" |
|---|---|---|
| | 223.34 SF Walls | 43.75 SF Ceiling |
| | 267.09 SF Walls & Ceiling | 43.75 SF Floor |
| | 4.86 SY Flooring | 27.92 LF Floor Perimeter |
| | 100.00 SF Long Wall | 28.00 SF Short Wall |
| | 27.92 LF Ceil. Perimeter | |

# Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793



| | Subroom 1: | Offset 1 | | | LxWxH 4'1" x 3'6" x 8'0" |
|---|---|---|---|---|---|
| | 88.67 SF Walls | | | 14.29 SF Ceiling | |
| | 102.96 SF Walls & Ceiling | | | 14.29 SF Floor | |
| | 1.59 SY Flooring | | | 11.08 LF Floor Perimeter | |
| | 32.67 SF Long Wall | | | 28.00 SF Short Wall | |
| | 11.08 LF Ceil. Perimeter | | | | |

| Missing Wall: | 1 - | 4'1" X 8'0" | Opens into  0 | | Goes to Floor/Ceiling | |
|---|---|---|---|---|---|---|
| **DESCRIPTION** | | **QNTY** | **REMOVE** | | **REPLACE** | **TOTAL** |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | | 156.01 SF | 0.22 | | 1.20 | 221.53 |
| Mask and prep for paint | | 39.00 LF | 0.00 | | 0.83 | 32.37 |
| Paint the walls | | 312.01 SF | 0.00 | | 0.63 | 196.57 |
| R&R Door opening (jamb & casing) - 32"to36"wide - paint grade | | 1.00 EA | 3.28 | | 84.02 | 87.30 |
| Paint door/window trim & jamb - 2 coats (per side) - cased opening | | 2.00 EA | 0.00 | | 19.10 | 38.20 |
| R&R Baseboard - 4 1/4" | | 39.00 LF | 0.23 | | 2.95 | 124.02 |
| Paint baseboard - two coats | | 39.00 LF | 0.00 | | 0.87 | 33.93 |
| Remove Carpet | | 58.04 SF | 0.15 | | 0.00 | 8.71 |
| Carpet | | 66.75 SF | 0.00 | | 2.71 | 180.89 |
| 15 % waste added for Carpet. | | | | | | |
| R&R Carpet pad | | 58.04 SF | 0.07 | | 0.59 | 38.30 |

| Room Totals:  Hallway | | | | 961.82 |
|---|---|---|---|---|



| | Room:  Laundry Room | | | | LxWxH 5'5" x 3'3" x 8'0" |
|---|---|---|---|---|---|
| | 138.67 SF Walls | | | 17.60 SF Ceiling | |
| | 156.27 SF Walls & Ceiling | | | 17.60 SF Floor | |
| | 1.96 SY Flooring | | | 17.33 LF Floor Perimeter | |
| | 43.33 SF Long Wall | | | 26.00 SF Short Wall | |
| | 17.33 LF Ceil. Perimeter | | | | |

| **DESCRIPTION** | | **QNTY** | **REMOVE** | | **REPLACE** | **TOTAL** |
|---|---|---|---|---|---|---|

# Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793

## CONTINUED - Laundry Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 69.33 SF | 0.22 | 1.20 | 98.45 |
| Mask and prep for paint | 17.33 LF | 0.00 | 0.83 | 14.38 |
| Paint the walls | 138.67 SF | 0.00 | 0.63 | 87.36 |
| R&R Bifold door set - Colonist - Double | 1.00 EA | 7.80 | 183.26 | 191.06 |
| R&R Bifold door track & hardware | 1.00 EA | 5.58 | 43.79 | 49.37 |
| Paint bifold door set - slab only - 2 coats (per side) | 2.00 EA | 0.00 | 30.83 | 61.66 |
| Paint door/window trim & jamb - Large - 2 coats (per side) | 2.00 EA | 0.00 | 22.47 | 44.94 |
| R&R Baseboard - 4 1/4" | 17.33 LF | 0.23 | 2.95 | 55.11 |
| Paint baseboard - two coats | 17.33 LF | 0.00 | 0.87 | 15.08 |
| R&R Quarter round - 3/4" | 17.33 LF | 0.08 | 1.19 | 22.01 |
| Seal & paint base shoe or quarter round | 17.33 LF | 0.00 | 0.49 | 8.49 |
| Floor preparation for sheet goods | 17.60 SF | 0.00 | 0.40 | 7.04 |
| Remove Vinyl floor covering (sheet goods) | 17.60 SF | 0.48 | 0.00 | 8.45 |
| Vinyl floor covering (sheet goods) | 20.24 SF | 0.00 | 2.74 | 55.46 |
| 15 % waste added for Vinyl floor covering (sheet goods). | | | | |
| Washing machine - Remove & reset | 1.00 EA | 0.00 | 22.79 | 22.79 |
| Dryer - Remove & reset | 1.00 EA | 0.00 | 20.52 | 20.52 |

Room Totals:  Laundry Room                                                                762.17

---



| Room:  Living Room/Kitchen | LxWxH 23'2" x 16'2" x 8'0" |
|---|---|
| 488.67  SF Walls | 374.53  SF Ceiling |
| 863.20  SF Walls & Ceiling | 374.53  SF Floor |
| 41.61  SY Flooring | 61.08  LF Floor Perimeter |
| 185.33  SF Long Wall | 129.33  SF Short Wall |
| 61.08  LF Ceil. Perimeter | |

FARVER                                                                06/14/2011  Page: 12

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793



| Subroom 1:  Offset 1 | | LxWxH 7'7" x 2'6" x 8'0" |
|---|---|---|
| 100.67 SF Walls | | 18.96 SF Ceiling |
| 119.63 SF Walls & Ceiling | | 18.96 SF Floor |
| 2.11 SY Flooring | | 12.58 LF Floor Perimeter |
| 60.67 SF Long Wall | | 20.00 SF Short Wall |
| 12.58 LF Ceil. Perimeter | | |

**Missing Wall:**    1 -    7'7" X 8'0"        Opens into  0            Goes to Floor/Ceiling



| Subroom 2:  Offset 1 | | LxWxH 10'0" x 2'0" x 8'0" |
|---|---|---|
| 112.00 SF Walls | | 20.00 SF Ceiling |
| 132.00 SF Walls & Ceiling | | 20.00 SF Floor |
| 2.22 SY Flooring | | 14.00 LF Floor Perimeter |
| 80.00 SF Long Wall | | 16.00 SF Short Wall |
| 14.00 LF Ceil. Perimeter | | |

**Missing Wall:**    1 -    10'0" X 8'0"        Opens into  0            Goes to Floor/Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 160.00 SF | 0.19 | 0.66 | 136.00 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 350.67 SF | 0.22 | 1.20 | 497.95 |
| Mask and prep for paint | 87.67 LF | 0.00 | 0.83 | 72.77 |
| Paint the walls | 701.34 SF | 0.00 | 0.63 | 441.84 |
| R&R Window sill | 13.00 LF | 0.36 | 2.04 | 31.20 |
| Seal & paint window sill | 13.00 LF | 0.00 | 1.55 | 20.15 |
| R&R Drywall replacement per LF - up to 2' tall | 32.00 LF | 1.17 | 4.75 | 189.44 |
| R&R Exterior door - metal - insulated - flush or panel style | 2.00 EA | 11.14 | 291.93 | 606.14 |
| Door lockset - Detach & reset | 2.00 EA | 0.00 | 17.34 | 34.68 |
| Deadbolt - Detach & reset | 2.00 EA | 0.00 | 22.08 | 44.16 |
| Prime & paint door slab only - exterior (per side) | 4.00 EA | 0.00 | 28.37 | 113.48 |
| Paint door/window trim & jamb - 2 coats (per side) | 4.00 EA | 0.00 | 19.10 | 76.40 |
| R&R Dishwasher | 1.00 EA | 13.93 | 550.04 | 563.97 |
| R&R Range - freestanding - electric | 1.00 EA | 10.47 | 609.43 | 619.90 |

FARVER                                                                06/14/2011  Page: 13

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793

### CONTINUED - Living Room/Kitchen

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Refrigerator - side by side - 16 to 22 cf | 1.00 EA | 17.33 | 1,332.17 | 1,349.50 |
| R&R Cabinetry - lower (base) units | 12.25 LF | 3.90 | 151.26 | 1,900.72 |
| Countertop - post formed plastic laminate - Detach & reset | 14.50 LF | 0.00 | 11.17 | 161.97 |
| Sink - double - Detach & reset | 1.00 EA | 0.00 | 107.05 | 107.05 |
| Strip & refinish cabinetry - upper - faces only | 17.75 LF | 0.00 | 24.05 | 426.89 |
| R&R Baseboard - 4 1/4" | 87.67 LF | 0.23 | 2.95 | 278.79 |
| Paint baseboard - two coats | 87.67 LF | 0.00 | 0.87 | 76.27 |
| R&R Quarter round - 3/4" | 87.67 LF | 0.08 | 1.19 | 111.34 |
| Seal & paint base shoe or quarter round | 87.67 LF | 0.00 | 0.49 | 42.96 |
| Floor preparation for sheet goods | 413.49 SF | 0.00 | 0.40 | 165.40 |
| Remove Vinyl floor covering (sheet goods) | 413.49 SF | 0.48 | 0.00 | 198.48 |
| Vinyl floor covering (sheet goods) | 475.51 SF | 0.00 | 2.74 | 1,302.90 |

15 % waste added for Vinyl floor covering (sheet goods).

| | | | | |
|---|---|---|---|---|
| Room Totals:  Living Room/Kitchen | | | | 9,570.35 |



| Room:  Storage Area/Room | | | LxWxH 12'0" x 3'4" x 8'0" |
|---|---|---|---|
| 245.33 SF Walls | | | 40.00 SF Ceiling |
| 285.33 SF Walls & Ceiling | | | 40.00 SF Floor |
| 4.44 SY Flooring | | | 30.67 LF Floor Perimeter |
| 96.00 SF Long Wall | | | 26.67 SF Short Wall |
| 30.67 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| R&R Batt insulation - 4" - R13 | 122.67 SF | 0.19 | 0.66 | 104.27 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 122.67 SF | 0.22 | 1.20 | 174.19 |

FARVER                                                06/14/2011  Page: 14

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

**CONTINUED - Storage Area/Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Mask and prep for paint | 30.67 LF | 0.00 | 0.83 | 25.46 |
| Paint the walls | 245.33 SF | 0.00 | 0.63 | 154.56 |
| R&R Water heater - 40 gallon - Gas - 6 yr | 1.00 EA | 30.09 | 665.16 | 695.25 |
| R&R Exterior door - metal - insulated - flush or panel style | 1.00 EA | 11.14 | 291.93 | 303.07 |
| Door lockset - Detach & reset | 1.00 EA | 0.00 | 17.34 | 17.34 |
| Deadbolt - Detach & reset | 1.00 EA | 0.00 | 22.08 | 22.08 |
| Prime & paint door slab only - exterior (per side) | 2.00 EA | 0.00 | 28.37 | 56.74 |
| Paint door/window trim & jamb - 2 coats (per side) | 2.00 EA | 0.00 | 19.10 | 38.20 |
| R&R Baseboard - 4 1/4" | 30.67 LF | 0.23 | 2.95 | 97.53 |
| Paint baseboard - two coats | 30.67 LF | 0.00 | 0.87 | 26.68 |
| Clean concrete on the floor | 40.00 SF | 0.00 | 0.17 | 6.80 |

Room Totals:  Storage Area/Room                1,722.17

**Room: Miscellaneous**



| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Debris removal | 1.00 EA | 0.00 | 970.00 | 970.00 |
| Cleaning Technician - per hour - post construction clean up | 16.00 HR | 0.00 | 22.25 | 356.00 |
| Residential supervision - per hour | 30.00 HR | 0.00 | 48.89 | 1,466.70 |
| Additional driving charge - per mile / per kilometre | 810.00 BA | 0.00 | 0.51 | 413.10 |

FARVER                                    06/14/2011  Page: 15

## Elam Enterprises, Inc.

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

### CONTINUED - Miscellaneous

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Sales Tax on cleaning and debris removal | 1.00 EA | 0.00 | 119.95 | 119.95 |
| Water Damage Charges | 1.00 EA | 0.00 | 3,206.45 | 3,206.45 |

Note: See attached Invoice 189 for a breakdown of the water damage charges.

Note: No allowance has been made for electrical, plumbing, and heat & air.  No damage has been detected at this time but may be discovered at a later date.

| | |
|---|---|
| Room Totals: Miscellaneous | 6,532.20 |

| | |
|---|---|
| Line Item Totals: FARVER | 30,648.35 |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,536.02 | SF Walls | 1,097.05 | SF Ceiling | 4,633.07 | SF Walls and Ceiling |
| 1,097.05 | SF Floor | 121.89 | SY Flooring | 442.00 | LF Floor Perimeter |
| 1,243.33 | SF Long Wall | 722.67 | SF Short Wall | 442.00 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Elam Enterprises, Inc.**

P.O. Box 2484
Jonesboro, AR  72402
Phone 870-935-4452
Tax ID # 71-0541793

### Summary for Water Damage

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 30,648.35 |
| Material Sales Tax | @ | 8.500% x | 13,885.10 | 1180.23 |
| Subtotal | | | | 31,828.58 |
| Overhead | @ | 10.0% x | 31,828.58 | 3,182.86 |
| Profit | @ | 10.0% x | 35,011.44 | 3,501.14 |
| Replacement Cost Value | | | | 38,512.58 |
| Net Claim | | | | 38,512.58 |

Eric Lehman

**Elam Enterprises, Inc.**

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

## Recap by Room

Estimate: FARVER

| | | |
|---|---|---|
| Master Bedroom | 1,853.13 | 6.05% |
| Master Closet | 721.68 | 2.35% |
| Master Bath | 1,568.08 | 5.12% |
| Bedroom 2 | 1,796.59 | 5.86% |
| Bedroom #2 Closet | 601.82 | 1.96% |
| Bedroom 3 | 1,475.87 | 4.82% |
| Bedroom #3 Closet | 598.44 | 1.95% |
| Hall Closet | 634.91 | 2.07% |
| Bathroom | 1,849.12 | 6.03% |
| Hallway | 961.82 | 3.14% |
| Laundry Room | 762.17 | 2.49% |
| Living Room/Kitchen | 9,570.35 | 31.23% |
| Storage Area/Room | 1,722.17 | 5.62% |
| Miscellaneous | 6,532.20 | 21.31% |
| **Subtotal of Areas** | **30,648.35** | **100.00%** |
| | | |
| **Total** | **30,648.35** | **100.00%** |

**Elam Enterprises, Inc.**

P.O. Box 2484
Jonesboro, AR 72402
Phone 870-935-4452
Tax ID # 71-0541793

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---|---|
| APPLIANCES | | | 2,534.95 | 6.58% |
| CABINETRY | | | 2,957.99 | 7.68% |
| CLEANING | | | 362.80 | 0.94% |
| DEBRIS REMOVAL | | | 970.00 | 2.52% |
| GENERAL DEMOLITION | | | 1,367.00 | 3.55% |
| DOORS | | | 2,372.39 | 6.16% |
| DRYWALL | | | 2,425.61 | 6.30% |
| FLOOR COVERING - CARPET | | | 1,986.52 | 5.16% |
| FLOOR COVERING - VINYL | | | 1,850.39 | 4.80% |
| PERMITS AND FEES | | | 413.10 | 1.07% |
| FINISH CARPENTRY / TRIMWORK | | | 1,686.11 | 4.38% |
| FINISH HARDWARE | | | 410.24 | 1.07% |
| INSULATION | | | 402.59 | 1.05% |
| LABOR ONLY | | | 1,466.70 | 3.81% |
| MIRRORS & SHOWER DOORS | | | 116.75 | 0.30% |
| PLUMBING | | | 1,259.35 | 3.27% |
| PAINTING | | | 4,739.46 | 12.31% |
| SAL | | | 119.95 | 0.31% |
| WATER EXTRACTION & REMEDIATION | | | 3,206.45 | 8.33% |
| Subtotal | | | 30,648.35 | 79.58% |
| Material Sales Tax | @ | 8.500% | 1,180.23 | 3.06% |
| Overhead | @ | 10.00% | 3,182.86 | 8.26% |
| Profit | @ | 10.00% | 3,501.14 | 9.09% |
| O&P Items Subtotal | | | 38,512.58 | 100.00% |
| Grand Total | | | 38,512.58 | |





7010 0780 0000 0989 2090



02 1P
0004473999   FEB 08 2012
MAILED FROM ZIP CODE 72112



1008



72201



U.S. POSTAGE
PAID
NEWPORT, AR
72112
FEB 08, 12
AMOUNT
$0.15
00014628-11

**WATSON & WATSON**
**ATTORNEYS AT LAW**
**209 WALNUT STREET**
**NEWPORT, ARKANSAS 72112**

The Corporation Company
124 W. Capitol Avenue, Ste 1900
Little Rock, AR 72201

**FIRST CLASS MAIL**