UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| DAVID SCOTT FARVER<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATONIAL PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>Defendant. | Case No. 1:12-cv-00026-JMM |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, DAVID SCOTT FARVER and Defendant, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY ("Fidelity"), do all hereby agree and stipulate that the parties have entered into a Compromise Settlement Agreement and Release with respect to Plaintiff's claims against Fidelity and that all claims have been fully compromised and settled and that the parties desire to dismiss, with prejudice, all claims asserted against one another, each party to bear its own costs.

Based on the foregoing, the said parties pray that this Court issue an Order dismissing, with prejudice, all of Plaintiff's claims, in the above-entitled cause against Fidelity, with each party to bear its own costs.

Dated: June 25, 2012.

**SUBMITTED AND APPROVED:**

*/s/ Timothy F. Watson, Sr.*
Timothy F. Watson, Sr.
Watson & Watson
209 Walnut St.
Newport, AR 72112-3325
T. (870) 523-8420
Email: timwatsonlaw@sbcglobal.net
**Counsel for Plaintiff:**
**David Scott Farver**

and

*/s/John E. Moore*
John E. Moore
Munson, Rowlett, Moore & Boone, P.A.
400 West Capitol, Suite 1900
Little Rock, AR 72201
T. (501) 374-6535
F. (501) 374-5906
Email: john.moore@mrmblaw.com
**Local Counsel for Defendant:**
**Fidelity National Property and Casualty Insurance Company**

and

*/s/Kim Tran Britt*
Kim Tran Britt
Nielsen Law Firm
3838 North Causeway Blvd., Ste. 2850
Metairie, LA 70002
T. (504) 837-2500
F. (504) 832-9165
Email: ktran@nielsenlawfirm.com
**National Counsel for Defendant:**
**Fidelity National Property and Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2012, I will electronically file the foregoing Rule 41(a) Stipulation of Voluntary Dismissal with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing to any filing user.

<i>/s/John E. Moore</i><br>
John E. Moore