IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID SCOTT FARVER**                                                       **PLAINTIFF**

VS.                              CASE NO. 1:12CV00026 JMM

**FIDELITY NATIONAL PROPERTY**
**AND CASUALTY INSURANCE COMPANY**                      **DEFENDANT**

**ORDER**

Pursuant to the stipulation of voluntary dismissal filed in this matter, docket # 12, this case is hereby dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED this 25th day of June, 2012.

_____
James M. Moody
United States District Judge